DAVID A. HUBBERT
Acting Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044-0683
Tel.:   202-307-6484
Fax:   202-307-0054
virginiacronan.lowe@usdoj.gov

Of Counsel:
STEVEN W. MYHRE
Acting United States Attorney
*Counsel for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DWIGHT CARLSON, TRUSTEE OF ENTRUST RETIREMENT TRUST, XV, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BERNARD VALLERGA; TERRI MARTIN; WELLS FARGO REALTY SERVICES, INC., A CALIFORNIA CORPORATION AS TRUSTEE UNDER TRUST NO. 520; UNITED STATES OF AMERICA, DEPARTMENT OF INTERNAL REVENUE SERVICES; COLLECTION SERVICES OF NEVADA; DISCOVER BANK; and DOES 1-20, <br><br> Defendants. | Civil No. 3:17-cv-00069 MMD-WGC <br><br> UNITED STATES' DISCLAIMER OF INTEREST, REQUEST FOR DISMISSAL AS PARTY TO THIS ACTION, AND [Proposed] ORDER |

The United States of America, by and through its undersigned counsel, sets forth the following:

1

1. Plaintiff brought this suit to quiet title to certain real property located in the County of Washoe, State of Nevada, commonly known as 275 Shetland Circle, Reno, Nevada, Washoe County APN 078-161-01.

2. As set forth in the United States' Answer and Claim (Doc. #9), a Notice of Federal Tax Lien was recorded with the Washoe County Recorder against Terrilyn Martin for federal income tax liabilities for the year 2005 through 2007 on October 19, 2009.

3. The United States disclaims any interest in the interplead excess proceeds pursuant to the Notice of Federal Tax Lien set forth in paragraph 2, above.

4. Based on the forgoing disclaimer of interest, the United States respectfully requests that it be dismissed as a party from this action.

Respectfully submitted this 8th day of June, 2017.

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

Of Counsel:
STEVEN W. MYHRE
Acting United States Attorney

*Counsel for the United States*

IT IS SO ORDERED.

Dated: July 10, 2017

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' DISCLAIMER OF INTEREST, REQUEST FOR DISMISSAL AS PARTY TO THIS ACTION, AND [Proposed] ORDER has been made this 8th day of June, 2017, by placing a true and correct copy in the United States Mail, first class postage prepaid, addressed to the following:

James M. Walsh, Esq.
Walsh, Baker & Rosevear
9468 Double R Blvd., Suite A
Reno, NV 89521
*Counsel for Plaintiff*

Terrilyn T. Martin
1702 Driftwood Drive
Sparks, NV 89431-3325

Micharl Bernard Vallerga
41612 Nottingham Circle
Sacramento, CA 95864

Collection Service of Nevada
R/A Roger S. Barbash
777 Forest Street
Reno, NV 89509

Discover Bank
R/A Corporation Trust Company of Nevada
701 S. Carson St. #200
Carson City, NV 89701

Wells Fargo Realty Services, Inc.
572 E. Green Street
Pasadena, CA 91101

          */s/ Virginia Cronan Lowe*
          VIRGINIA CRONAN LOWE
          Trial Attorney, Tax Division
          U.S. Department of Justice