UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DWIGHT CARLSON, TRUSTEE OF ENTRUST RETIREMENT TRUST, XV,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BERNARD VALLERGA, *et al.*,<br><br>Defendants. | Case No. 3:17-cv-00069-MMD-WGC<br><br>ORDER |

This case involves a claim to quiet title to real property that Plaintiff acquired pursuant to a homeowner's association lien foreclosure sale. (ECF No. 1-2 at 5–9.) Before the Court is Plaintiff's motion for default judgment seeking entry of judgment to quiet title to Plaintiff. (ECF No. 24.) The Court finds that default judgment is proper. Plaintiff has satisfied the procedural requirements for default judgment pursuant to Fed. R. Civ. P. 55(b). The Clerk properly entered a default against Defendant pursuant to Fed. R. Civ. P. 55(a) because the defaulting defendants failed to appear after having been properly served. (ECF No. 22.) Plaintiff has also satisfied the factors for obtaining default judgment articulated in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). Accordingly, the Court will grant Plaintiff's motion.

It is therefore ordered that Plaintiff's motion for default judgment (ECF No. 24) is granted. The proposed decree, attached as exhibit 2 to Plaintiff's motion (ECF No. 24 at 16–17) will be issued.

///

The Clerk is directed to enter judgment in accordance with this order and close this case.

DATED THIS 10th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE